UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION



FILED BY_____ DA _____ D.C.

AUG 0 8 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

CASE NO. 25-61487-CIV-HUNT

BARDT EQUITY & INCLUSION TRUST,

*by and through its Co-Trustees LUCAS BARDT and STEVEN ANDREW BARDT*,

    Plaintiff,

v.

SERVICEMAC, LLC,

    Defendant.

_____/

**PLAINTIFF'S MOTION FOR EXPEDITED HEARING OR, IN THE ALTERNATIVE,**

**RULING ON THE PAPERS, AND NOTICE OF FILING SUPPLEMENTAL EXHIBIT H**

**IN SUPPORT OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, Bardt Equity & Inclusion Trust ("Plaintiff" or "the Trust"), by and through its

Co-Trustees, respectfully moves this Court for an expedited hearing, or in the alternative, a

ruling on the papers, on Plaintiff's pending Emergency Motion for Preliminary Injunction (ECF No. 7).

In support, Plaintiff files Supplemental Exhibit H to the Emergency Motion, which contains newly discovered and highly relevant evidence of ongoing and escalating harm. In further support, Plaintiff states as follows:

## I.      PROCEDURAL HISTORY

1. On July 29, 2025, Plaintiff filed an Emergency Motion for Preliminary Injunction (ECF No. 7) supported by Exhibits A through F.

2. On August 6, 2025, Plaintiff filed Supplemental Exhibit G (ECF No. 14), further evidencing Defendant's misrepresentation of the servicing status of the loan and its adverse impact on the Trust's title and rights.

3. Prior to and during the pendency of the Emergency Motion, Plaintiff made good-faith efforts to resolve the issues without court intervention; however, Defendant's conduct has continued unabated, necessitating further Court action.

4. Plaintiff now submits Supplemental Exhibit H, which contains additional probative evidence

directly tied to the claims in the Emergency Motion and demonstrating that irreparable harm

continues daily.

## II. SUMMARY OF SUPPLEMENTAL EXHIBIT H (ATTACHED)

5. Exhibit H consists of:

   a. H1 – Flood Insurance Demand Letter dated May 15, 2025, never mailed to the Plaintiff,

      discovered only in the Defendant's online portal, imposing flood insurance coverage

      demands after the loan closing, 30 days prior.

   b. H2 – ALTA Settlement Statement (Page 3/4) showing flood insurance was prepaid in

      full at closing.

   c. H3 – Email chain between the loan processor and the insurance agent confirming

      compliance with flood insurance requirements prior to loan funding.


6. This evidence establishes:

   - Defendant's *willful* suppression of material communications.

   - Imposition of unnecessary and duplicative charges despite proof of compliance.

   - Continuing exposure of the Trust to wrongful financial demands and title impairment.

7. These actions are consistent with the servicing misconduct described in the Emergency

Motion and further underscore the urgent need for immediate injunctive relief.

## III. GROUNDS FOR EXPEDITED CONSIDERATION

8. The Emergency Motion has been pending for more than one week with no ruling to date.

Plaintiff has now produced additional evidence showing ongoing harm that escalates with

each day of delay.

9. The issues presented are fully developed from Plaintiff's side, supported by documentary

evidence and sworn factual assertions. No additional briefing is necessary for the Court to

resolve the Emergency Motion.

10. Immediate action is necessary to prevent further irreparable harm to the Trust's legal

ownership and property rights, which cannot be remedied by monetary damages alone.

## IV. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Set an expedited hearing on the Emergency Motion for Preliminary Injunction (ECF No. 7)

within the next seven (7) days; OR

B. In the alternative, issue a ruling on the Emergency Motion based solely on the papers,

pursuant to S.D. Fla. L.R. 7.1 and Fed. R. Civ. P. 65, without further oral argument; and

C. Grant such other and further relief as the Court deems just and proper.

Dated: August 8, 2025

Respectfully submitted,

/s/ Lucas Bardt

LUCAS BARDT

Co-Trustee, Bardt Equity & Inclusion Trust

1452 NE 10th Avenue

Fort Lauderdale, FL 33304


/s/ Steven Andrew Bardt

STEVEN ANDREW BARDT

Co-Trustee, Bardt Equity & Inclusion Trust

1452 NE 10th Avenue

Fort Lauderdale, FL 33304


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 8th day of

August, 2025, upon all counsel of record and unrepresented parties via CM/ECF or other

authorized means for those not registered with CM/ECF.


By and through Co-Trustees

LUCAS BARDT and STEVEN ANDREW BARDT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION


CASE NO. 25-61487-CIV-HUNT



BARDT EQUITY & INCLUSION TRUST,

*by and through its Co-Trustees LUCAS BARDT and STEVEN ANDREW BARDT*,


    Plaintiff,


v.


SERVICEMAC, LLC,


    Defendant.

_____/



**SUPPLEMENTAL EXHIBIT H**


**IN SUPPORT OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**



Damaging Summary:

This Exhibit contains newly discovered evidence revealing Defendant's *willful* and continuing servicing misconduct. The included May 15, 2025 Flood Insurance Demand Letter (H1) was never mailed to the Plaintiff and was only uncovered in Defendant's online portal. This letter improperly imposes new flood insurance requirements after the April 15, 2025 loan closing, despite incontrovertible proof that such coverage was fully paid in advance at settlement, as shown on the attached ALTA Settlement Statement (H2). Additionally, the accompanying email chain (H3) between the loan processor and the insurance agent confirms compliance with flood insurance obligations prior to loan funding. These documents collectively establish *deliberate* suppression of critical communications, the imposition of unlawful and duplicative charges, and an ongoing threat to the Trust's property rights — underscoring the necessity for immediate injunctive relief.

H1 – Flood Insurance Demand Letter – May 15, 2025

H2 – ALTA Settlement Statement (Page 3/4) – April 14, 2025

H3 – Email Chain – April 2025

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION


CASE NO. 25-61487-CIV-HUNT



BARDT EQUITY & INCLUSION TRUST,

*by and through Co-Trustees LUCAS BARDT and STEVEN ANDREW BARDT*,


Plaintiff,


v.


SERVICEMAC, LLC,


Defendant.

_____/



**SUPPLEMENTAL EXHIBIT H-1**

**SERVICE MAC FLOOD INSURANCE COVERAGE DEMAND LETTER –**

**DATED MAY 15, 2025**

This exhibit contains a true and correct copy of the Flood Insurance Coverage Demand Letter generated by ServiceMac, LLC on or about May 15, 2025. The letter purports to require the Trust to obtain additional flood insurance coverage under threat of forced-placed insurance, despite the Trust having fully satisfied all flood insurance obligations at closing. The letter was never mailed to the Trust and was discovered only through review of ServiceMac's online servicing portal, evidencing *willful* suppression of material information and exposing the Trust to unlawful financial demands, escrow inflation, and potential lien enforcement.

Respectfully submitted this 8th day of August, 2025.

/s/ Lucas Bardt

LUCAS BARDT

Co-Trustee, Bardt Equity & Inclusion Trust

1452 NE 10th Avenue

Fort Lauderdale, FL 33304


/s/ Steven Andrew Bardt

STEVEN ANDREW BARDT

Co-Trustee, Bardt Equity & Inclusion Trust

1452 NE 10th Avenue

Fort Lauderdale, FL 33304



PO BOX 29411
PHOENIX, AZ  85038

Notice Date: MAY 15, 2025

Lucas Bardt
Steven Andrew Bardt
1452 NE 10TH AVE
FORT LAUDERDALE, FL 33304

Re:   Loan #:          0552
      Property Address:  1452 NE 10TH AVE
                         FORT LAUDERDALE FL  33304
      Flood Zone:       AE

Dear Lucas Bardt:

Our records show that the flood insurance coverage on your property doesn't meet our minimum coverage requirements.

We require flood insurance on all outstanding loans secured by properties located within a Special Flood Hazard Area (SFHA) as determined by Flood maps published by the Federal Emergency Management Agency (FEMA). The Flood Disaster Protection Act of 1973, as amended by the National Flood Insurance Reform Act of 1994, also requires Flood Insurance on mortgage loans in an SFHA where Flood Insurance is available through the National Flood Insurance Program (NFIP). Therefore, the terms of your mortgage and/or federal law, require you to buy Flood Insurance on your property.

The amount of flood coverage that we require must be at least equal to the lesser of:

- The outstanding principal balance or the maximum line of credit of the designated loan(s); or
- The maximum limit of insurance available for a particular type of property (building) under the NFIP, which is currently $250,000 for residential buildings and $500,000 for Other Residential or Non-Residential buildings; or
- The overall value of the property (building) securing the designated loan minus the value of the land on which the property (building) is located (which is the same as the full "insurable value" of the structure(s) securing the loan, or 100-percent Replacement Cost Value (RCV) for residential buildings).

Based on the information available, the amount of coverage on your property should be **$250,000.00**. However according to our records, your current amount of flood coverage is **$225,000.00**. Please contact our office or have your agent contact us to provide proof of increased flood insurance coverage within 45 days. If proof of sufficient flood coverage is not received, we are required to purchase lender-placed insurance in the amount of **$25,000.00**, which is the difference between your current flood coverage amount and the required amount of flood coverage shown above. **The premium will be charged to your loan.**

RE:  Lucas Bardt
       0552

If your property is a condominium or other property type that is insured under a master flood insurance policy issued to your homeowner's association, the coverage amount of the master flood insurance policy, as allocated to your unit, must meet our minimum coverage requirements. To determine the minimum coverage required for your unit, typically, we divide the coverage amount under the master flood insurance policy for your building by the number of units in your building. The allocated coverage from this calculation for your unit does not meet our minimum coverage requirements. Please contact your Homeowners Association or Condominium Association and request an increase in the total amount of flood coverage provided in the master policy in order to provide for an acceptable amount per unit. If your Homeowners Association will not increase the amount of flood coverage provided on the master policy to an acceptable amount per unit, you will need to purchase an individual dwelling flood policy with a coverage amount of $25,000.00, which is the difference between your current flood coverage amount per unit and the required amount of flood coverage shown above. If your current flood coverage is individual dwelling coverage for your unit, please contact your insurance agent or company to request an increase in flood coverage in the amount referenced above.

Please note that the flood insurance coverage we purchase:

- **May be more expensive than flood insurance coverage you can buy yourself.**
- **May not provide as much coverage as a flood insurance policy you buy yourself.**

If sufficient coverage is provided, the lender-placed insurance will be cancelled and any unearned premium will be refunded to your loan.

Please provide written proof of increased coverage to protect your property. You or your insurance agent may provide an updated flood insurance policy to us either by:

- Uploading your policy information on our website at www.IHaveInsurance.com/servicemac; or,
- Scanning the QR Code below; or,
- Emailing your policy information to insurancedepartment@ihaveinsurance.com; or,
- Mailing the information to:                                    **Upload Now!**

SERVICEMAC
ISAOA, ATIMA
PO Box 29411
Phoenix, AZ  85038-9411



Please note: All documentation MUST include the loan number, property address (including the unit number, if applicable) and the borrower(s) name. If uploaded or emailed it must be attached in PDF format and cannot be password protected or contain invalid characters in the file name (e.g., ©, TM).

If you have any questions, please contact us at 833-811-3064, Monday through Friday, 8 am to 8 pm Eastern Time.

Sincerely,

Insurance Department

B453G

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION


CASE NO. 25-61487-CIV-HUNT



BARDT EQUITY & INCLUSION TRUST,

*by and through Co-Trustees LUCAS BARDT and STEVEN ANDREW BARDT*,


Plaintiff,


v.


SERVICEMAC, LLC,


Defendant.

_____/


**SUPPLEMENTAL EXHIBIT H-2**

**ALTA SETTLEMENT STATEMENT – PAGE 3/4 SHOWING PREPAID FLOOD INSURANCE**


This exhibit contains a true and correct copy of page 3 of 4 from the ALTA Settlement Statement

executed on April 14, 2025, at the closing of the Trust's property purchase. The document

confirms that flood insurance premiums were prepaid in full and compliant with all lender and underwriting requirements. This evidence directly contradicts ServiceMac's May 15, 2025, demand letter and further proves that no flood insurance deficiency existed at any time relevant to this dispute.

Respectfully submitted this 8th day of August, 2025.

/s/ Lucas Bardt

LUCAS BARDT

Co-Trustee, Bardt Equity & Inclusion Trust

1452 NE 10th Avenue

Fort Lauderdale, FL 33304

/s/ Steven Andrew Bardt

STEVEN ANDREW BARDT

Co-Trustee, Bardt Equity & Inclusion Trust

1452 NE 10th Avenue

Fort Lauderdale, FL 33304

| Seller | | Description | Borrower | |
| Debit | Credit | | Debit | Credit |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | Premium:          $2,765.00<br>Version:  ALTA Owners Policy (07/01/21) | | |
| | | | | |
| | | **Commissions** | | |
| 13,450.00 | | Commission - Listing Agent to Compass Florida LLC | | |
| 12,250.00 | | Commission - Selling Agent to Redfin Corporation | 0.00 | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Simplifile | 150.00 | |
| | | Intangible Tax to Simplifile | 1,056.51 | |
| | | Mortgage Transfer Tax to Simplifile | 1,849.05 | |
| 3,766.00 | | State Deed Stamps to Simplifile | | |
| | | | | |
| | | **Payoffs** | | |
| 477,423.02 | | Payoff of First Mortgage Loan to Mr. Cooper | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to Ovation HOme Insurance Exchange<br>12 months | 3,585.29 | |
| | | Flood Insurance to AON Edge Insurance<br>    $685.65 paid outside closing by Borrower | | |
| 1,000.00 | | Doc Prep Fee to Clear Title Services, INC | | |
| 12,096.48 | | Interest Rate Buy Down Fee to Rapid Mortgage Company | | |
| 250.00 | | Notary Reimbursment Fee to Clear Title Services, INC | | |
| 90.73 | | Utilities Bill - City of Fort Lauderdale to Tyler Allen Dibble and Katie Lynn Stevens | | |

| Seller | | | Borrower | |
| Debit | Credit | | Debit | Credit |
| 539,015.25 | 538,289.29 | **Subtotals** | 572,730.51 | 559,569.02 |
| | 725.96 | **Due from Seller/Borrower** | | 13,161.49 |
| 539,015.25 | 539,015.25 | **Totals** | 572,730.51 | 572,730.51 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 25-61487-CIV-HUNT

BARDT EQUITY & INCLUSION TRUST,

*by and through Co-Trustees LUCAS BARDT and STEVEN ANDREW BARDT*,

Plaintiff,

v.

SERVICEMAC, LLC,

Defendant.

_____/

**SUPPLEMENTAL EXHIBIT H-3**

**EMAIL CHAIN BETWEEN LOAN PROCESSOR AND INSURANCE AGENT**

**CONFIRMING FLOOD INSURANCE COMPLIANCE**

This exhibit contains a true and correct copy of an email chain between the loan processor and

the Trust's insurance agent, dated prior to closing, confirming that the property's flood insurance

coverage met all underwriting and lender requirements. This correspondence confirms that no deficiency existed at closing and that ServiceMac's subsequent demand for additional coverage was unfounded and issued in bad faith.

Respectfully submitted this 8th day of August, 2025.

/s/ Lucas Bardt

LUCAS BARDT

Co-Trustee, Bardt Equity & Inclusion Trust

1452 NE 10th Avenue

Fort Lauderdale, FL 33304

/s/ Steven Andrew Bardt

STEVEN ANDREW BARDT

Co-Trustee, Bardt Equity & Inclusion Trust

1452 NE 10th Avenue

Fort Lauderdale, FL 33304

From: **Lucas Bardt** lucas.bardt@icloud.com
Subject: **Re: Updated Flood Quote**
Date: **Mar 28, 2025 at 1:42:28 PM**
To: **Stacia Martinez** stacia@houstoninsuranceagency.net
Bcc: **Lucas Bardt** lucas.bardt@icloud.com

**I'll call you from the car just about to land**



**Sent from my iPhone 16 Pro**

On Mar 28, 2025, at 13:41, Lucas Bardt <lucas.bardt@icloud.com> wrote:

For clarification, since presumably the current owners need to carry coverage through closing day if they were to overnight you the check and you received it on the 16th date of the policy would be the 16th and there would be no lapse or am I completely off there?  I mean what if we had a closing at 5 PM that entire day they would still have coverage of their own through midnight and if you receive a check on the 16th making the policy effective on the 16th there would be no lapse in coverage theoretically?

**Sent from my iPhone 16 Pro**

On Mar 28, 2025, at 11:59, Stacia Martinez
<**stacia@houstoninsuranceagency.net**> wrote:

Hey Lucas,

Just wanted to share the updated flood quote with you. It only increased $75.60 😜

## *Stacia Martinez,*

Houston Insurance Agency dba Your "Keys" to Protection
1376 Turnbull Bay Rd.
Suite 403
New Smyrna Beach, FL 32168

386-410-2172 (O)
888-576-9520 (F)
305-439-5757 (C)

**From:** Lucas Bardt <**lucas.bardt@icloud.com**>
**Sent:** Friday, March 28, 2025 9:52 AM
**To:** Stacia Martinez <**stacia@houstoninsuranceagency.net**>
**Subject:** Re: Loan# COLCOL25030554//Steven & Lucas Bardt

I'm gonna call you in one minute. I am in Newark right now between flights and
had to put out yet another fire with the lender.  I'll explain over the phone so
frustrated!
Sent from my iPhone 16 Pro

On Mar 28, 2025, at 09.25, Stacia Martinez
<stacia@houstoninsuranceagency.net> wrote:

Hi Lucas!

It is raining down here, but I am making the most of it 😅 The buying process is never fun or easy, but I promise the day you sign and close will be the day of happiness and excitement you are looking for. All your hard work, dedication, and patience will be rewarded!! I am reaching out to the flood company to now to get that information on the increase. Also, I apologize for the private flood statement my initial email, the quote is with one of our private flood companies. I should have double checked before I emailed that. I usually can remember my accounts well, but I guess I got the "you are not perfect Stacia" reminder that I need every now and then to humble me and sharpen my skills 😅 I will keep you and Jessica in the loop on my findings!!

### *Stacia Martinez,*

Houston Insurance Agency dba Your "Keys" to Protection
1376 Turnbull Bay Rd.
Suite 403
New Smyrna Beach, FL 32168

386-410-2172 (O)
888-576-9520 (F)
305-439-5757 (C)

**From:** Lucas Bardt <lucas.bardt@icloud.com>
**Sent:** Friday, March 28, 2025 8:55 AM
**To:** Stacia Martinez <stacia@houstoninsuranceagency.net>
**Cc:** Jessica Deubner <jdeubner@emailrmc.com>

**Subject:** Re: Loan# COLCOL25030554//Steven & Lucas Bardt

GM Stacia! Hope you're enjoying your time in the keys even if it's work :). Keep me posted on those increases. Hold off on binding. I'm not too concerned as long this does not increase monthly cost in a significant way if it does it's just probably now 12th sign that this entire purchase is plagued with issues.
Every day it's been a nightmare of one fire after the next, and I'm starting to get worn out. The whole experience has not once been enjoyable for me. We are spending a half $1 million the largest purchase ever in our lifetime, at least have some excitement or happiness should tied to that and this has not been the case for me. It's been problem after problem.



Sent from my iPhone 16 Pro

On Mar 28, 2025, at 08:41, Stacia Martinez <stacia@houstoninsuranceagency.net> wrote:

Good morning Lucas & Jessica.

Sorry for the delay in getting back to you both. I left the office early yesterday to come down to work at our Keys office today. I will run a quote for the flood increasing the limits to $225 to see how much it effects the premium. We have the private flood option as well that I can run a quote on with the increased limits.

As for the payment for flood and paying at closing, if Lucas and Steven will be required to bring the flood premium to closing, it will be the same as them paying it on their own. We could always take payment the day of closing if that makes it easier on everyone 😊 Lucas if you want to give me the payment info in advance, I will wait until closing day to call me or text me to process the payment, I will send over the payment transmittal and a copy of the signed app the day of closing.

I know the process is stressful enough and I want to make sure everything is smooth on my end for everyone's sake.

## *Stacia Martinez,*

Houston Insurance Agency dba Your "Keys" to Protection
1376 Turnbull Bay Rd.
Suite 403
New Smyrna Beach, FL 32168

386-410-2172 (O)
888-576-9520 (F)
305-439-5757 (C)

**From:** Jessica Deubner <jdeubner@emailrmc.com>
**Sent:** Friday, March 28, 2025 8:17 AM
**To:** Lucas Bardt <lucas.bardt@icloud.com>
**Cc:** Stacia Martinez <stacia@houstoninsuranceagency.net>
**Subject:** RE: Loan# COLCOL25030554//Steven & Lucas Bardt

Good morning,
I am just now catching up on emails. To clarify, since the coverage amounts are well below the loan amount, we have to refer to the replacement cost being estimated by the insurance agent for minimum limits. In this case the replacement cost estimate is stating $225,000 so the minimum amount of dwelling coverage that lenders can accept will be $225,000 for both house and flood. We can't go below the replacement cost.

Thank you.

### **Jessica** Deubner
**Loan Processor**

D: 614.654.3092F: 1614.633.3492

jdeubner@emailrmc.com
RapidMortgage.com

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

**CORPORATE OFFICE | 7466 Beechmont Ave, Suite 420, Cincinnati OH 45255**
COMPANY NMLS# 126841

*ATTENTION! Online bank fraud is a serious threat! Rapid Mortgage will never attempt to collect, or instruct where to send, funds for closing. Confirm any wire instructions with your title company verbally prior to sending funds. Rapid Mortgage is an Equal Housing Lender.*

**From:** Lucas Bardt <lucas.bardt@icloud.com>
**Sent:** Thursday, March 27, 2025 5:14 PM
**To:** Jessica Deubner <jdeubner@emailrmc.com>
**Cc:** Stacia Martinez <stacia@houstoninsuranceagency.net>
**Subject:** Re: Loan# COLCOL25030554//Steven & Lucas Bardt

**Hey Jessica! Thanks for the heads up about the minimum coverage only needing to be 200 (correct me if I'm wrong, haha). The homeowners is showing 225, and the flood is showing 200. If that's the case, should we bring the homeowners down to 200 to match the 225? I'm a bit worried that if we bring the flood up to 225, it might increase the rate a lot. Also, what did the appraisal cost come back in for replacement or does that not apply in appraisal ? If the minimum 200 is okay, let's do 200 and bring down the homeowners. My main goal is to keep the monthly cost as low as possible!**

**Thanks a bunch for both of your hard work!**

**Best,**

**Lucas**

Sent from my iPhone 16 Pro


On Mar 27, 2025, at 16:28, Jessica Deubner <jdeubner@emailrmc.com> wrote:


Good afternoon Stacia,

The underwriting compliance team is in need of a revision on the flood quote.  We need to have the flood policy coverage also match the noted replacement cost of $225,000. Are you able to make this change for us?  If you can send an updated Acord page over, that would be great!

Lucas also expressed some concern regarding the timing of the payment for the flood insurance if we pay that at closing ilo paying you in advance.  I will work on finding out if the title company mails that check out as overnight mail, etc so we have a better timeframe for receipt of that payment.  Of course, we don't want any issues with their policy, so if it's better to have them pay in advance. I will defer to you!

Thank you for all of your help!

Best regards,


**Jessica** Deubner

Loan Processor

D: 614.654.3092 F: 1614.633.3492

jdeubner@emailrmc.com

RapidMortgage.com

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

**CORPORATE OFFICE | 7466 Beechmont Ave, Suite 420, Cincinnati OH 45255**
COMPANY NMLS# 126841

*ATTENTION! Online bank fraud is a serious threat! Rapid Mortgage will never attempt to collect, or instruct where to send, funds for closing. Confirm any wire instructions with your title company verbally prior to sending funds. Rapid Mortgage is an Equal Housing Lender.*

**From:** Stacia Martinez <stacia@houstoninsuranceagency.net>
**Sent:** Friday, March 21, 2025 11:31 AM
**To:** Jessica Deubner <jdeubner@emailrmc.com>; Lucas Bardt <lucas.bardt@icloud.com>; Jessica Coontz <jessica@tradewindstitle.net>
**Cc:** Steven Bardt <osuk1d@aol.com>; Lisa Novatka <lisa@tradewindstitle.net>; Emily Townsend <emily@tradewindstitle.net>
**Subject:** Loan# COLCOL25030554//Steven & Lucas Bardt

Hello All,

Please see the attached Evidence of Insurance for the above indicated loan. Once we are closer to the closing date, I will provide the actual declarations for each carrier. That is if the borrowers decide to pay for the flood in advance otherwise the signed app and invoice will be provided in lieu of the flood declarations. I have also attached our agency letter to lender and DFS documentation that outlines Florida's Statute 626.9541(1)a that prohibits Florida Insurance Agents from releasing any RCE Report or adding verbiage such as "Guaranteed Replacement Costs" on any Acord Form or Binder. Please reach out should you have any questions or concerns. Thank you all for making this process smooth for everyone involved. Have a great weekend!!

## *Stacia Martinez,*

Houston Insurance Agency dba Your "Keys" to Protection
1376 Turnbull Bay Rd.
Suite 403
New Smyrna Beach, FL 32168

386-410-2172 (O)
888-576-9520 (F)
305-439-5757 (C)

**From:** Jessica Deubner <jdeubner@emailrmc.com>
**Sent:** Thursday, March 20, 2025 4:20 PM
**To:** Lucas Bardt <lucas.bardt@icloud.com>; Jessica Coontz <jessica@tradewindstitle.net>
**Cc:** Stacia Martinez <stacia@houstoninsuranceagency.net>; Steven Bardt <osuk1d@aol.com>; Lisa Novatka <lisa@tradewindstitle.net>; Emily Townsend <emily@tradewindstitle.net>
**Subject:** RE: Quotes for 1452 NE 10th Ave.

On our end, we can allow them to be paid at closing but we would need what is called Evidence of Insurance on the policy to review before we can clear the loan for closing. In some cases with flood policies, we only are able to get the finalized application and invoice but it's preferred if we can get at least an Accord page confirming all of the details.

Reach out if you need anything else. 

**Jessica** Deubner
Loan Processor

D: 614.654.3092F: 1614.633.3492
jdeubner@emailrmc.com
RapidMortgage.com

&lt;~WRD0000.jpg&gt;

&lt;~WRD0000.jpg&gt;

&lt;~WRD0000.jpg&gt;

&lt;~WRD0000.jpg&gt;

&lt;~WRD0000.jpg&gt;

&lt;~WRD0000.jpg&gt;

&lt;~WRD0000.jpg&gt;

&lt;~WRD0000.jpg&gt;

**CORPORATE OFFICE | 7466 Beechmont Ave, Suite 420, Cincinnati OH 45255**
COMPANY NMLS# 126841

*ATTENTION! Online bank fraud is a serious threat! Rapid Mortgage will never attempt to collect, or instruct where to send, funds for closing. Confirm any wire instructions with your title company verbally prior to sending funds. Rapid Mortgage is an Equal Housing Lender.*

**From:** Lucas Bardt <lucas.bardt@icloud.com>
**Sent:** Thursday, March 20, 2025 4:13 PM
**To:** Jessica Coontz <jessica@tradewindstitle.net>
**Cc:** Stacia Martinez <stacia@houstoninsuranceagency.net>; Steven Bardt <osuk1d@aol.com>; Jessica Deubner <jdeubner@emailrmc.com>; Lisa Novatka <lisa@tradewindstitle.net>; Emily Townsend <emily@tradewindstitle.net>
**Subject:** Re: Quotes for 1452 NE 10th Ave.

Thanks Jessica, just as inquiry can we effectively pay the flood at closing and ensure that the effective date is the day we retain ownership? Would this pose a risk in coverage for timing purposes? We are trying to keep our our of pocket expenses towards our closing costs, as well as moving funds, so if possible, it'd be ideal to pay this at closing, but I don't want this to be a hurdle with underwriting either. Can we word the flooding coverage such as it will be paid and made effective on date of closing?

Thanks for your guidance!

Best,
Lucas

Sent from my iPad Pro 11 (M4)

On Mar 20, 2025, at 4:05 PM, Jessica Coontz <jessica@tradewindstitle.net> wrote:

Hello,

If payment needs to be made in advance so it can be effective the day of closing, you'll just want to make those payments & then send the receipts or proof of payment to us & I'm sure Jessica with Rapid Mortgage will need that as well in order to close. We can reflect those on the settlement statement as already having been paid.

Please let us know if you need anything else.

<image002.png>

**From:** Lucas Bardt <lucas.bardt@icloud.com>
**Sent:** Thursday, March 20, 2025 3:53 PM
**To:** Stacia Martinez <stacia@houstoninsuranceagency.net>; Jessica Coontz <jessica@tradewindstitle.net>
**Cc:** Steven Bardt <osuk1d@aol.com>; Jessica Deubner <jdeubner@emailrmc.com>
**Subject:** Re: Quotes for 1452 NE 10th Ave.

I'll CC Jessica at Tradewinds Title on this so she can chime in on this for resolution and what should be done from their stance :)
Sent from my iPad Pro 11 (M4)

On Mar 20, 2025, at 3:51 PM, Stacia Martinez <stacia@houstoninsuranceagency.net> wrote.

Completely understood. Also, I'm not sure if they have advised you that flood must be paid in full before closing. If is paid at

closing, the effective date will be when the payment is received. It does not have to be today, but anytime before 4/15/2025, I can take the payment and issue the declarations page. For now I will add it to the EPI with the Paid in Full requirement listed in the remarks section.

*Stacia Martinez,*

Houston Insurance Agency dba Your "Keys" to Protection
1376 Turnbull Bay Rd.
Suite 403
New Smyrna Beach, FL 32168

386-410-2172 (O)
888-576-9520 (F)
305-439-5757 (C)

**From:** Lucas Bardt <lucas.bardt@icloud.com>
**Sent:** Thursday, March 20, 2025 3:41 PM
**To:** Stacia Martinez <stacia@houstoninsuranceagency.net>
**Cc:** Jessica Deubner <jdeubner@emailrmc.com>
**Subject:** Re: Quotes for 1452 NE 10th Ave.

Perfect as long as the underwriter doesn't have an issue with that, that works for me. I just wanna make sure that there's no hiccups with underwriting. 😑
Sent from my iPhone 16 Pro

On Mar 20, 2025, at 15:29, Stacia Martinez <stacia@houstoninsuranceagency.net> wrote:

I will have to add it when I bind coverage. There was no extra space for it. I will process the endorsement at binding and they will issue the dec page with the trust added 😊

### *Stacia Martinez,*

Houston Insurance Agency dba Your "Keys" to Protection
1376 Turnbull Bay Rd.
Suite 403
New Smyrna Beach, FL 32168

386-410-2172 (O)
888-576-9520 (F)
305-439-5757 (C)

**From:** Lucas Bardt <lucas.bardt@icloud.com>
**Sent:** Thursday, March 20, 2025 3:27 PM
**To:** Stacia Martinez <stacia@houstoninsuranceagency.net>
**Cc:** Steven Bardt <osuk1d@aol.com>; Jessica Deubner <jdeubner@emailrmc.com>
**Subject:** Re: Quotes for 1452 NE 10th Ave.

Thank you so so much, Stacia! Just as a QC check, I noticed the homeowners has all of the entities properly named. I just didn't notice the trust name on the insured portion of the flood. Can we double check that that's on there as well.

You're the best!

I've also carbon copy Jessica in, Jessica you should see this from Stacia soon.

Thank you both so so much,
Lucas

Sent from my iPad Pro 11 (M4)

On Mar 20, 2025, at 3:24 PM, Stacia Martinez
<stacia@houstoninsuranceagency.net> wrote:

Thank you for the information. I am getting the Evidence of
Insurance Acord forms ready to send to Rapid Mortgage now. I
will cc you and Steven on all correspondence 😊

*Stacia Martinez,*

Houston Insurance Agency dba Your "Keys" to Protection
1376 Turnbull Bay Rd.
Suite 403
New Smyrna Beach, FL 32168

386-410-2172 (O)
888-576-9520 (F)
305-439-5757 (C)

**From:** Lucas Bardt <lucas.bardt@icloud.com>
**Sent:** Thursday, March 20, 2025 2:46 PM
**To:** Stacia Martinez <stacia@houstoninsuranceagency.net>
**Cc:** Steven Bardt <osuk1d@aol.com>
**Subject:** Re: Quotes for 1452 NE 10th Ave.

**Hey Stacia! Thanks a bunch again! I'm sending you the attorneys' info in case**

you have any questions or need her help. She's more than happy to assist, and we've set up a clear communication channel for all entities. Also, Steven just finished his part, so I think you should have everything signed now. Let me know if there's anything else you need from us!

**Danielle Stief, Esq.**
**Legacy Legal Group, P.A.**
**12 SE 7th Street, Suite 712**
**Fort Lauderdale, FL 33301**
**T (954) 271-0120**
**F (954) 278-3084**
**E danielle@llgpa.com**

**Thanks again,**
**Lucas**
Sent from my iPad Pro 11 (M4)

On Mar 20, 2025, at 1:08 PM, Stacia Martinez
<stacia@houstoninsuranceagency.net> wrote:

I just updated it when we hung up 😊 you will see it when you sign all the apps 😊

Please click the photo below
to leave a review on your experience:

&lt;image003.jpg&gt;

*Stacia Martinez,*

# *Producing Agent*

Houston Insurance Agency dba Your "Keys" to Protection
1376 Turnbull Bay Rd.
Suite 403
New Smyrna Beach, FL 32168
386-410-2172 (O)
888-576-9520 (F)
305-439-5757 (C)

**We offer home, wind, auto, flood, watercraft, recreational vehicle, commercial/business and life insurance.  We are a full lines insurance agency**

Policyholders cannot bind, alter, or cancel coverage except by speaking to an authorized representative of *Houston Insurance Agency* or its affiliates. E-mails sent on behalf of *Houston Insurance Agency* may contain proprietary, confidential or privileged information intended solely for the addressee. If you are not the intended recipient, any use, copying disclosure, dissemination or distribution is strictly prohibited. If you received the message in error, please notify the sender immediately by return E-Mail, delete and destroy the communication and all copies in all forms.

**From:** Lucas Bardt <lucas.bardt@icloud.com>
**Sent:** Thursday, March 20, 2025 1:07 PM
**To:** Stacia Martinez <stacia@houstoninsuranceagency.net>
**Cc:** Steven Bardt <osuk1d@aol.com>
**Subject:** Re: Quotes for 1452 NE 10th Ave.

Thx Stacia. for all of your help once again! Do the names need to be on the policy for both of us for the flood? I only noticed that Steven is only on that one. Also the trust name will that need to be added as well?   Just so you have it. I have CCed in Stephen as well on this reply. Thank you again for being there for me and for Steven. We appreciate you so much.

All my best,
Lucas
Sent from my iPad Pro 11 (M4)

On Mar 20, 2025. at 1:03 PM, Stacia Martinez <stacia@houstoninsuranceagency.net> wrote:



*Stacia Martinez,*

Houston Insurance Agency dba Your "Keys" to Protection
1376 Turnbull Bay Rd.

Suite 403
New Smyrna Beach, FL 32168

386-410-2172 (O)
888-576-9520 (F)
305-439-5757 (C)

**From:** Lucas Bardt <lucas.bardt@icloud.com>
**Sent:** Monday, March 17, 2025 3:48 PM
**To:** Stacia Martinez <stacia@houstoninsuranceagency.net>
**Subject:** Re: Quotes for 1452 NE 10th Ave.

Hi Stacia, thank you so much for the quote. Here's what I am quoting right now as my go to however, your quote is significantly lower. Can you tell me the difference is here as well as I need to have flood coverage I've attached the two policies that I am right now in the process of locking in, but I am not secured if you can beat these two and secure a better payment structure if your quote is inclusive of all of the items that I have attached here I would love to further reduce the monthly cost if you could re-review these coverages attached as well as see if you can find a flight to compete if not do better would love to know and hear back.

Thank you so much for your time Lucas Bardt

Sent from my iPad Pro 11 (M4)

On Mar 17, 2025, at 2:33 PM, Stacia Martinez <stacia@houstoninsuranceagency.net> wrote:

Good afternoon Lucas,

Please review the attached insurance quotes for your new home purchase. Please reach out with any question or

concerns you may have.

**Se Habla Espanol**

Stacia Martinez,
Houston Insurance Agency dba Your "Keys" to Protection
1376 Turnbull Bay Rd.
Suite 403
New Smyrna Beach, FL 32168
386-410-2172 (O)
888-576-9520 (F)
305-439-5757 (C)

<image001.png>

\*\*We offer home, wind, auto, flood, watercraft, recreational vehicle, commercial/business and life insurance.  We are a full lines insurance agency\*\*

Policyholders cannot bind, alter, or cancel coverage except by speaking to an authorized representative of ***Houston Insurance Agency*** or its affiliates. E-mails sent on behalf of ***Houston Insurance Agency*** may contain proprietary, confidential or privileged information intended solely for the addressee. If you are not the intended recipient, any use, copying disclosure, dissemination or distribution is strictly prohibited. If you received the message in error, please notify the sender